# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

ZACK DE PIERO,

    Plaintiff-Appellant,

       v.

PENNSYLVANIA STATE
UNIVERSITY, *et al.*,

    Defendants-Appellees.

No. 25-1952

---

## PLAINTIFF-APPELLANT ZACK DE PIERO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

---

Pursuant to Fed. R. App. P. 26(b) and 3d Cir. L.A.R. 31.4, Plaintiff-Appellant Zack De Piero moves this Court for a 14-day extension of time to file his reply brief, on or before November 14, 2025. Defendants-Appellees do not oppose the requested extension of time.

As grounds for this motion, Plaintiff-Appellant states as follows:

1. Plaintiff-Appellant appeals three rulings by the district court granting in part Defendants-Appellees' motion to dismiss the complaint; granting Defendants-Appellees' motion for summary judgment

1

dismissing certain remaining claims; and granting Defendants-Appellees' motion for summary judgment dismissing all remaining claims.

2. Following a previously granted extension, Plaintiff-Appellant timely filed his opening brief on August 13, 2025. After receiving an extension of their time, Defendants-Appellees filed their response brief on September 26, 2025. Plaintiff-Appellant's reply brief is currently due on October 31, 2025.

3. Plaintiff-Appellant seeks an additional 14-day extension of time, and as set forth more fully below, there is good cause for the requested extension:

a. Counsel for Plaintiff-Appellant has undergone unexpected staff changes, which has included the departure of one of the primary attorneys previously assigned to this matter. This has necessitated assigning new counsel to the brief, who require additional time to become fully acquainted with the extensive record to ensure a thorough and well-prepared brief.

b. Lead Counsel for Plaintiff-Appellant is required to attend an annual board meeting on October 27 and October 28,

2025. Mr. Trachman serves as the Corporate Secretary to the Board, and preparation for and attendance at this mandatory meeting will require significant time and attention immediately preceding the current deadline;

c. Counsel is also engaged in exchanging voluminous discovery demands and responses, and preparing multiple unanticipated motions to compel in *Fry v. Sch. Dist. No. 1 d/b/a Denver Public Schools, et al.*, No. 24-cv-02284-DDD-TPO (D. Colo.) and *Johnson v. Oregon Dep't of Env. Quality, et al.*, No. 24-cv-00279-JR (D. Oreg.).

4. This is Plaintiff-Appellant's second request for an extension of time to file his reply brief, following the Court's grant of a verbal request for an extension of time to file on October 1, 2025.

5. Counsel for Plaintiff-Appellants has notified counsel for Defendants-Appellees of this request for an extension. As noted, Defendants-Appellees do not oppose the request.

For good cause, Plaintiff-Appellant Zack De Piero therefore requests that the due date for filing his reply brief be extended 14 days to November 14, 2025.

Dated: October 20, 2025

/s/ William E. Trachman
William E. Trachman
James L. Kerwin
Grady J. Block
MOUNTAIN STATES LEGAL
FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
jkerwin@mslegal.org

Attorneys for Plaintiff-Appellant
Zack De Piero

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 396 words (based on the Microsoft Word word-count function.)

I hereby certify that this Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook, 14-point type.

*/s/ William E. Trachman*
William E. Trachman

## STATEMENT OF SERVICE AND ECF FILING

I hereby certify that on October 20, 2025, I electronically filed the foregoing Unopposed Motion to Extension of Time to File Reply Brief with the Clerk of this Court using the Appellate CM/ECF system, which will automatically serve a notice of docket activity upon all counsel of record.

*/s/ William E. Trachman*
William E. Trachman